Pro Se 1 (Rev. 12/16) Complaint for a Civil Case.                    US Attorney



# UNITED STATES DISTRICT COURT

### for the CENTRAL DISTRICT OF CALIFORNIA

Case No. EDCV19-1226 JGB(KK)

*(to be filled in by the Clerk's Office)*

UNITED STATES OF AMERICA

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Jury Trial: *(check one)*   X Yes        No

Joseph Todd Lonsdale V. et al.

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

**James Hilton Jr. brings the following action against the defendants below on behalf of the United States of America in accordance with 31 U.S.C § 3730.**

| | |
|---|---|
| Name | JAMES HILTON JR. ("Relator") |
| Street Address | 27163 VIA DEBRA |
| City and County | MENIFEE &  RIVERSIDE COUNTY |
| State and Zip Code | CALIFORNIA & 92586 |
| Telephone Number | (628) 230 - 9582 |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case.                    US Attorney

E-mail Address                    JAMESSHELDONHILTON@GMAIL.COM

## B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | JOSEPH TODD LONSDALE V. |
| Job or Title *(if known)* | GENERAL PARTNER |
| Street Address | 4962 EL CAMINO REAL, SUITE 212 |
| City and County | LOS ALTOS & SANTA CLARA COUNTY |
| State and Zip Code | CALIFORNIA & 94022 |
| Telephone Number | 415-366-8393 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | 8VC BUILD EPIRUS, LLC |
| Job or Title *(if known)* | |
| Street Address | 4962 EL CAMINO REAL, SUITE 212 |
| City and County | LOS ALTOS & SANTA CLARA COUNTY |
| State and Zip Code | CALIFORNIA & 94022 |
| Telephone Number | 415-366-8393 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

    X   Federal question               Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution  that are at issue in this case.

    31 U.S.C § 3729 False Claims
    18 U.S. Code § 2511
    18 U.S. Code § 113

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

    1.    The Plaintiff(s)

        a.    If the plaintiff is an individual

           The plaintiff, *(name)*                  , is a citizen of the

           State of *(name)*                  .

      b.     If the plaintiff is a corporation

The plaintiff, *(name)*                                          , is incorporated

under the laws of the State of *(name)*                                          ,

and has its principal place of business in the State of *(name)*                    .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

      a.     If the defendant is an individual

The defendant, *(name)*                                          , is a citizen of

the State of *(name)*                                          . Or is a citizen of

*(foreign*                                          .

*nation)*

      b.     If the defendant is a corporation

The defendant, *(name)*                                          , is incorporated under

the laws of the State of *(name)*                                          , and has its

principal place of business in the State of *(name)*                    .

Or is incorporated under the laws of *(foreign nation)*                    ,

and has its principal place of business in *(name)*                    .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pursuant to 18 USC § 2511 (5)(a) Defendant is liable for 1 instance of conspiracy to commit wiretapping via his or related parties brain machine interface. Defendant arbitrarily added Relator to said brain machine interface in order to harass and assault his person. For each instance of conspiracy to commit wiretapping with a brain machine interface Relator is asking the United States of America to levy damages in the amount of $4,000,000 for a total of $4,000,000. Pursuant to 18 U.S.C § 113(a)(3) Relator believes that Defendant conspired to assault Relator via his or a related parties brain machine interface with the intent to do grievous harm in 1 instances. Relator is requesting the United States of American to levy damages in the amount of $2,600,000.00 per instance of assault with a deadly weapon for a total of $2,600,000.00. Pursuant to 31 U.S.C § 3729 Relator is asking the United States of America to levy damages in the amount of $10,000 for claims made to or monies coming from the Department of Defense that may or may not have intentionally defrauded the United States of America. These false claims may be related to technology which was used to design, construct, code, or otherwise create a brain machine interface within the United States of America, which assaulted or wiretapped Relator.

Total relief requested under this action totals $6,610,000.00.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Relator first became aware of Joseph Lonsdale's, and/or 8VC BUILD EPIRUS, LLC (the "Parties") brain machine interface while at his family's home at 27163 Via Debra Menifee, CA 92586 on or around January of 2019. Joe Lonsdale is a general partner at 8VC BUILD EPIRUS and a noted venture capitalist. Mr. Lonsdale is a founder of Palantir Technologies Incorporated, which manufacturers software for large investment banks and for the Department of Defense among others. Mr. Lonsdale was an early employee of PayPal where he worked with Elon Musk, who is the founder of Neuralink. Neuralink is a known brain machine interface manufacturer that is owned by Elon Musk. Mr. Musk and Mr. Lonsdale are members of the same circle of venture capitalists in Silicon Valley called the "Paypal Mafia".

Mr. Lonsdale, 8VC BUILD EPIRUS, LLC, and/or Elon Musk, through a current or former employee of the Department of Defense have created and or invested in a brain machine interface in the United States of America. Relator believes that information related to the construction of the brain machine interface may have been taken, borrowed, copied, used, translated or otherwise removed from the Department of Defense in exchange for monies and or work done on Mr. Lonsdale's brain machine interface in violation of 31 U.S.C § 3729(a)(1). Relator is asking the United States of America to levy damages of $10,000 for violation of the above act.

Below are instances of wiretapping under 18 USC § 2511 (5)(a) and assault under 18 U.S. Code § 113(a)(3) known to Relator. *See page 8*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case.                    US Attorney

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Relator respectfully requests that the computers, servers, cloud servers, hard drives, disk drives, memory, data tables, databases, NOSQL data, hardware, software, algorithms, disks, designs, images (three dimensional or otherwise) diagrams, patentable or patented works related to brain machine interfaces and all related electronic media and or computational devices of Joseph Todd Lonsdale V, 8VC Build Epirus, LLC and related companies be forfeited to the United States Government effective immediately in the interest of national security.

I believe that the patented or patentable works that may or may not be currently public are of a sensitive nature. These works could in fact be used to replicate said technology(s), which would be harmful to the persons of the United States of America. There may be an overwhelming interest in removing said works from pubic view.

Relator requests the United States of America levy damages in the amount of $6,210,000.00.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, 1 certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          June 26, 2019

Signature of Relator

Printed Name of Relator          James S. Hilton Jr.

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

*Continued from Statement of Claim*

*Instance 1 of Wiretapping.* On or around February of 2019 Mr. Lonsdale wiretapped Relator via a brain machine interface by transmitting and or receiving electromagnetic radiation to Relator's brain. Relator listens to the sounds of voices and realizes that these voices can also hear him. Relator does not give his consent to being added to the brain machine interface and asks to be removed. No relief is granted.

*Instance 1 Of Assault*

After awakening Relator overhears Mr. Lonsdale via the brain machine interface. Mr. Lonsdale says that he is going to make Relator vomit via the brain machine interface. Mr. Lonsdale forces Relator to vomit via the brain machine interface and says that Zack Reynolds, a friend and former colleague of Relator will do the same thing. Zack Reynolds received money from Mr. Lonsdale to fund his company, Alloy Technologies Inc., which manufactures logistics software. Mr. Lonsdale apologies over the brain machine interface and admits to making Relator and Mr. Reynolds vomit via the brain machine interface.

The violations of 31 U.S.C § 3729(a)(1) are the root cause of the existence of said brain machine interface and to the damages known to Relator under 18 USC § 2511(5)(a) and 18 U.S. Code § 113(a)(3). Had information and or monies not become known by Mr. Lonsdale from the Department of Defense said brain machine interface may not be in existence and the damages known to Relator under 8 USC § 2511(5)(a) and 18 U.S. Code § 113(a)(3).

James Hilton Jr.
27163 via Desia
Menifee, CA 92586

OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7019 0160 0000 5038 2956





1000          90012

U.S. POSTAGE PAID
FCM LG ENV
MENIFEE, CA
92586
JUN 27 19
AMOUNT

**$6.30**

R2305K131846-11

United States District Court
Central District of California
255 East Temple St.
Suite 180   WESTERN DIVISION
Los Angeles, CA 90012

RECEIVED
CLERK, U.S. DISTRICT COURT

JUL - 1 2019

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY