```
 1  NICOLA T. HANNA
    United States Attorney
 2  DAVID M. HARRIS, AUSA
    Chief, Civil Division
 3  DAVID K. BARRETT, AUSA
    Chief, Civil Fraud Section
 4  ABRAHAM C. MELTZER, AUSA
    Deputy Chief, Civil Fraud Section
 5  KAREN PAIK (Cal. Bar No. 288851)
    Assistant United States Attorney
 6       Room 7516, Federal Building
         300 N. Los Angeles Street
 7       Los Angeles, California 90012
         T: 213.894.8561 | F: 213.894.7819
 8       Email: Karen.Paik@usdoj.gov
    Attorneys for the United States of America
 9
```



UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA *ex rel.* [UNDER SEAL], | No. CV 19-01226-JGB (KKx) |
|---|---|
| Plaintiffs, | [~~PROPOSED~~] ORDER RE ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION AND REQUEST UNSEALING OF CASE |
| v. | |
| [UNDER SEAL], | **[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]** |
| Defendants. | [FILED CONCURRENTLY UNDER SEAL: NOTICE OF ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION AND REQUEST UNSEALING OF CASE] |



| | |
|---|---|
| 1 | NICOLA T. HANNA |
|   | United States Attorney |
| 2 | DAVID M. HARRIS, AUSA |
|   | Chief, Civil Division |
| 3 | DAVID K. BARRETT, AUSA |
|   | Chief, Civil Fraud Section |
| 4 | ABRAHAM C. MELTZER, AUSA |
|   | Deputy Chief, Civil Fraud Section |
| 5 | KAREN PAIK (Cal. Bar No. 288851) |
|   | Assistant United States Attorney |
| 6 |     Room 7516, Federal Building |
|   |     300 N. Los Angeles Street |
| 7 |     Los Angeles, California 90012 |
|   |     T: 213.894.8561 | F: 213.894.7819 |
| 8 |     Email: Karen.Paik@usdoj.gov |
|   | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JAMES HILTON JR., | No. CV 19-01226-JGB (KKx) |
| Plaintiffs, | [~~PROPOSED~~] ORDER RE ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION AND REQUEST UNSEALING OF CASE |
| v. | |
| JOSEPH TODD LONSDALE V., *et al.*, | **[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]** |
| Defendants. | |
| | [FILED CONCURRENTLY UNDER SEAL: NOTICE OF ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION AND REQUEST UNSEALING OF CASE] |

1  The United States of America ("United States") having declined to intervene in
2  the above-captioned action ("this action") pursuant to 31 U.S.C. § 3730(b)(4)(B), and the
3  United States having requested to the unsealing of the case with certain exceptions, the
4  Court now orders as follows:
5  IT IS ORDERED that:
6  1. The seal is lifted from this action in all respects;
7  2. The Complaint, this Order and the Notice of Election by the United States
8  to Decline Intervention and Request Unsealing of Case are all unsealed;
9  3. The seal is lifted as to all papers and records filed or lodged in this action
10 after the date of this Order;
11 4. The parties shall serve all pleadings, notices, motions, orders, and other
12 papers hereafter filed or lodged in this action, including supporting memoranda and any
13 notice of appeal, upon the United States as provided for in 31 U.S.C. § 3730(c)(3).

IT IS SO ORDERED.

Dated: December 26, 2019

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

PROOF OF SERVICE BY U.S. MAIL

I am over the age of 18 and not a party to the above-captioned action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On December 13, 2019, I served the [PROPOSED] ORDER RE ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION AND REQUEST UNSEALING OF CASE on each person or entity named below by U.S. mail.

Person(s) and/or Entity(s) to whom mailed:

James Hilton Jr.
27163 Via Debra
Menifee, CA 92586

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 13, 2019, at Los Angeles, California.

KAREN CACERES RENDEROS